EXHIBIT C

THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SU SHIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ESURANCE INSURANCE COMPANY, a Wisconsin corporation; ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, a California corporation; ESURANCE INC., a Delaware corporation; and ESURANCE INSURANCE SERVICES, INC., a Delaware corporation,<br><br>　　　　Defendants. | CASE No. C08-05626-RBL<br><br>ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE OF PENDENCY OF SETTLEMENT OF CLASS ACTION TO CLASS MEMBERS |

### ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE OF PENDENCY OF SETTLEMENT OF CLASS ACTION TO CLASS MEMBERS

WHEREAS the Parties have made a motion for preliminary approval of a Settlement Agreement between a Settlement Class and Esurance Insurance Company and Esurance Insurance Services, Inc. (collectively "Esurance," as defined in the Settlement Agreement[1]).

NOW, THEREFORE, based upon the preliminary settlement hearing held on 10/2/09 and all the files, records and proceedings herein, and it appearing to the Court that a

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Settlement Agreement.

ORDER OF PRELIMINARY APPROVAL OF
SETTLEMENT AND APPROVAL OF NOTICE OF
PENDENCY OF SETTLEMENT OF CLASS
ACTION TO CLASS MEMBERS C08-05626-RBL - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

EXHIBIT C

hearing should be held (on notice to the Potential Class Members) to determine finally if the terms of the Settlement are fair, reasonable and adequate;

IT IS HEREBY ORDERED THAT:

1. For purposes of determining whether the terms of the Settlement should be finally approved as fair, reasonable and adequate, and contingent upon the Settlement being finally approved, a Settlement Class is conditionally certified, for purposes of this Settlement only, as consisting of a class defined as follows:

Every Person who, during the period from October 15, 2002, to the date of this Order, meets the following criteria:

(a) was insured under a personal lines automobile insurance policy providing uninsured motorist property damage coverage or underinsured motorist property damage coverage issued by Esurance;

(b) was involved in an accident with an underinsured, uninsured, or hit and run motorist and reported this type of claim between October 15, 2002 and the date of this Order;

(c) for whom the sum of claim payments made by Esurance under any property damage coverage for vehicle repairs exceeded $1000;

(d) whose vehicle was less than 6 years old at the time of loss;

(e) whose vehicle had less than 90,000 miles at the time of loss; and

(f) whose vehicle suffered structural (frame) damage and/or required body work.

(g) Notwithstanding the criteria set forth in sub-sections (a)-(f) above, the following are excluded from the Settlement Class:

(i) claims resulting in total losses;

(ii) claims for damage to leased, non-owned or temporary substitute vehicles;

(iii) claims limited to (1) glass repair or replacement; (2) tire replacement, or (3) sound systems repair or replacement, or (4) any combination of (1) (2) and (3) only;
ORDER OF PRELIMINARY APPROVAL OF
SETTLEMENT AND APPROVAL OF NOTICE OF
PENDENCY OF SETTLEMENT OF CLASS
ACTION TO CLASS MEMBERS C08-05626-RBL - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

EXHIBIT C

(iv) claims identified as closed without payment by Esurance;

(v) claims in which the policyholder was paid for diminished value in addition to the cost of repair;

(vi) claims involving vehicles that, prior to the accident at issue, had been involved in any other accident;

(vii) the Esurance Entities (as defined in the Settlement Agreement), all present or former officers and/or directors of the Esurance Entities, Class Counsel, the Judge of this Court, the Judge's family and staff, Esurance's counsel of record, and all Persons who make a timely and valid election to be excluded from the Settlement Class in accordance with the provisions of the Individual Notice.

2. Plaintiff is appointed as a representative of the Settlement Class and the following counsel are designated as counsel for the Settlement Class ("Class Counsel"):

Debra B. Hayes
REICH & BINSTOCK
4265 San Felipe, Suite 1000
Houston, TX 77027

David A. Futscher
PARRY DEERING FUTSCHER & SPARKS
P.O. Box 2618
Covington, KY 41012-2618

Elaine A. Ryan
Patricia N. Syverson
Van Bunch
BONNETT FAIRBOURN FRIEDMAN & BALINT
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

Stephen M. Hansen
LOWENBERG, LOPEZ & HANSEN, PS
950 Pacific Avenue, Suite 450
Tacoma, WA 98402

ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE OF PENDENCY OF SETTLEMENT OF CLASS ACTION TO CLASS MEMBERS C08-05626-RBL - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

EXHIBIT C

3. If final approval of the Settlement is not obtained, or if final judgment as contemplated herein is not granted, this Order, including the certification of the Settlement Class, shall be vacated ab initio and the parties shall be restored without prejudice to their respective litigation positions prior to the date of this Order.

4. Pending final determination of whether the Settlement should be approved, all proceedings in this Action shall be stayed until further order of the Court, except such proceedings as may be necessary either to implement the Settlement or to comply with or effectuate the terms of the Settlement Agreement.

5. Esurance shall, as soon as practicable, but to be completed no later than thirty (30) days after the date of this Order, send to the last known address of each person Esurance has determined to be a Potential Class Member in this case a notice in a form and content substantially similar to the Individual Notice attached as Exhibit B of the Settlement Agreement. The last known address shall be determined from information available in Esurance's files.

6. The Individual Notice will provide Potential Class Members with the opportunity to request exclusion from participating in the Settlement. Such opt-out rights may be exercised only individually by a Potential Class Member or, in the case of a Potential Class Member who is deceased or incapacitated only, the Legally Authorized Representative of the Potential Class Member. No Potential Class Member may effect an exclusion of a class of individuals or represent such a class.

7. The Court preliminarily finds that the dissemination of the Individual Notice under the terms and in the format provided for in this Order constitutes the best notice practicable under the circumstances, and is due and sufficient notice for

ORDER OF PRELIMINARY APPROVAL OF
SETTLEMENT AND APPROVAL OF NOTICE OF
PENDENCY OF SETTLEMENT OF CLASS
ACTION TO CLASS MEMBERS C08-05626-RBL - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

EXHIBIT C

all purposes to all persons entitled to such notice, and fully satisfies the requirements of due process, the Federal Rules of Civil Procedure and all other applicable laws.

8. A hearing (the "Final Settlement Hearing") shall be held on 1/15/10 1:30pm, in Courtroom B of the United States District Court for the Western District of Washington in Tacoma, Washington to determine whether the Settlement (including the payment of attorneys' fees and costs to Class Counsel) should be approved as fair, reasonable, and adequate, and to determine whether final judgment approving the Settlement and dismissing all claims asserted in this Action on the merits, with prejudice and without leave to amend, should be entered. The Final Settlement Hearing may be postponed, adjourned or rescheduled by order of the Court without further notice to the members of the Settlement Class.

9. Objections to the Settlement shall be heard, and any papers or briefs submitted in support of said objections shall be considered, by the Court (unless the Court in its discretion shall otherwise direct) only if they comply with the objection procedures set forth in the Settlement Agreement and the Individual Notice. Specifically, members of the Settlement Class who have not filed a timely request for exclusion from the Settlement Class must file a notice of intent to object to the Settlement. The written notice of intent to object must be: (a) filed with the Clerk of the Court not later than sixty (60) days after the Notice Date; and (b) sent by first-class mail, postmarked no later than sixty (60) days after the Notice Date, in the manner provided for in the Individual Notice. Any Potential Class Member who does not so request to object waives the right to do so in the future, and shall be forever barred from making any objection to the Settlement. Any notice of intent to object must contain: (a) a heading which refers to the

ORDER OF PRELIMINARY APPROVAL OF
SETTLEMENT AND APPROVAL OF NOTICE OF
PENDENCY OF SETTLEMENT OF CLASS
ACTION TO CLASS MEMBERS C08-05626-RBL - 5

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

EXHIBIT C

Action; (b) the name, address, telephone number and signature of the objecting Class Member; (c) if available, the Esurance policy and/or claim number, and the date of loss for the claim at issue; (d) the name, address, bar number and telephone number of the objecting Class Member's counsel, if represented by an attorney; (e) a statement whether the objecting Class Member intends to appear at the Final Settlement Hearing, either in person or through counsel, and, if through counsel, identifying counsel by name, address and phone number; and (f) if the Class Member or his/her attorney requests permission to speak at the Final Settlement Hearing, a detailed statement of the specific legal and factual bases for each and every objection, and a detailed description of any and all evidence the objecting Class Member may offer at the Final Settlement Hearing, including photocopies of any and all exhibits that the objecting Class Member may introduce at the Final Settlement Hearing.

10. All requests for exclusion from the Settlement Class must be in writing and must comply with the provisions of and contain the information required by the Settlement Agreement and the Individual Notice and, to be effective, must be sent to the address provided in the Individual Notice, by first-class mail, postmarked no later than sixty (60) days after the Notice Date. All persons who file valid requests for exclusion in the manner set forth in the Individual Notice shall have no rights under the Settlement and shall not receive any payment pursuant to this Settlement, but shall not be bound by the Settlement Agreement or any final judgment and order of dismissal entered pursuant to the Settlement Agreement. All Potential Class Members who do not request exclusion in the manner set forth in the Individual Notice shall be bound by any final judgment and order of dismissal entered pursuant to the Settlement Agreement, shall be barred and enjoined, now and in the future, from asserting any and all of the

ORDER OF PRELIMINARY APPROVAL OF
SETTLEMENT AND APPROVAL OF NOTICE OF
PENDENCY OF SETTLEMENT OF CLASS
ACTION TO CLASS MEMBERS C08-05626-RBL - 6

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

EXHIBIT C

1  Released Claims, as defined in the Settlement Agreement, against the Released
2  Persons, as defined in the Settlement Agreement, and any such Class Member
3  shall be conclusively deemed to have released any and all such Released Claims.
4  11. Within three (3) business days after the deadline fixed for Potential Class
5      Members to request exclusion from the Settlement Class, Class Counsel and
6      counsel for Esurance shall forward to the Settlement Administrator, Epiq
7      Systems, Inc., copies of any requests for exclusion received by Class Counsel
8      and counsel for Esurance.
9  12. Within five (5) business days of the deadline fixed for Potential Class Members
10     to request exclusion from the Settlement Class, the Settlement Administrator
11     shall prepare a list of all timely and valid requests for exclusion and deliver such
12     list to counsel for all parties.
13 13. Class Counsel agree that any representation, encouragement, solicitation or
14     other assistance, including, but not limited to, referral to other counsel, of or to
15     any Person seeking exclusion from the Settlement Class or any other Person
16     seeking to litigate with Esurance over any of the Released Claims, or to
17     represent any form of opt-out class from this Settlement, could place Class
18     Counsel in an untenable conflict of interest with the Settlement Class.
19     Accordingly, Class Counsel and their respective firms shall not (only to the
20     extent that it is otherwise not violative of any applicable rules of professional
21     conduct) represent, encourage, solicit or otherwise assist, in any way
22     whatsoever, including, but not limited to referrals to other counsel, any Person
23     in requesting exclusion from the Settlement Class, except that referring such
24     Person to the Individual Notice or suggesting to any such Person the option of
25     obtaining separate counsel, without specifically identifying options for such
26     counsel, shall be permitted. Additionally, Class Counsel and their respective

ORDER OF PRELIMINARY APPROVAL OF
SETTLEMENT AND APPROVAL OF NOTICE OF
PENDENCY OF SETTLEMENT OF CLASS
ACTION TO CLASS MEMBERS C08-05626-RBL - 7

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

EXHIBIT C

1 firms shall not (only to the extent that it is otherwise not violative of any applicable rules of professional conduct) represent, encourage, solicit or otherwise assist, in any way whatsoever, any Person who requests exclusion from the Settlement Class, or who seeks to represent any form of opt-out class from this Settlement, or any other Person, in any subsequent litigation that Person may enter into with Esurance relating to the Released Claims or any related claims, except that suggesting to any such Person the option of obtaining separate counsel, without specifically identifying options for such counsel, shall be permitted.

14. The Settlement falls within the range of possible final approval and is hereby preliminarily approved. The Settlement is not to be deemed an admission of liability or fault by Esurance or by any other person, or a finding of the validity of any claims asserted in the litigation or of any wrongdoing or of any violation of law by Esurance. The Settlement is not a concession and shall not be used as an admission of any fault or omission by Esurance or any other person or entity. Neither the terms or provisions of the Settlement Agreement, nor any related document, nor any of the negotiations or proceedings connected with it, shall be offered as evidence or received in evidence in any pending or future civil, criminal, or administrative action or proceeding, to establish any liability or admission by Esurance, except in any proceedings brought to enforce the Settlement Agreement or Settlement and except that Esurance may file this Order in any action that may be brought against it in order to support a defense or counterclaim based on principles of res judicata, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE OF PENDENCY OF SETTLEMENT OF CLASS ACTION TO CLASS MEMBERS C08-05626-RBL - 8

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

EXHIBIT C

15. Upon motion of any party, the Court may, for good cause, extend any of the deadlines set forth in this Order without further notice to the Settlement Class.

16. It is hereby ordered that this Action shall be stayed pending further proceedings in connection with the effectuation of the Settlement.

IT IS SO ORDERED.

DONE IN OPEN COURT this 2nd day of October, 2009.

*[signature]*
Ronald B. Leighton
United States District Judge

Presented by:

---

Debra B. Hayes
REICH & BINSTOCK
4265 San Felipe, Suite 1000
Houston, TX 77027

David A. Futscher
PARRY DEERING FUTSCHER & SPARKS
P.O. Box 2618
Covington, KY 41012-2618

Elaine A. Ryan
Patricia N. Syverson
Van Bunch
BONNETT FAIRBOURN FRIEDMAN & BALINT
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

Stephen M. Hansen
LOWENBERG, LOPEZ & HANSEN, PS
950 Pacific Avenue, Suite 450
Tacoma, WA 98402

ORDER OF PRELIMINARY APPROVAL OF
SETTLEMENT AND APPROVAL OF NOTICE OF
PENDENCY OF SETTLEMENT OF CLASS
ACTION TO CLASS MEMBERS C08-05626-RBL - 9

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

EXHIBIT C

| | |
|---|---|
| 1 | |
| 2 | Stellman Keehnel<br>DLA Piper LLP (US) |
| 3 | 701 Fifth Avenue, Suite 7000<br>Seattle, WA 98104 |
| 4 | |
| | WEST\21736840.3 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

ORDER OF PRELIMINARY APPROVAL OF
SETTLEMENT AND APPROVAL OF NOTICE OF
PENDENCY OF SETTLEMENT OF CLASS
ACTION TO CLASS MEMBERS C08-05626-RBL -

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800